HAMILTON, Circuit Judge,
concurring.
I join Judge Manion’s opinion for the court affirming summary judgment for United. I continue to believe that Lagen was wrongly decided because of the clear conflict in that case between United’s promise of “lifetime” benefits and its attempt to reserve the right to change its mind about those lifetime benefits at any time for any reason. In doctrinal terms, the plaintiff in Lagen offered substantial evidence that United had offered to modify the terms of its MileagePlus contract to extend those lifetime benefits to Million Mile Flyers, and qualifying members accepted that offer by flying one million miles on United. See 774 F.3d at 1128-32 (Hamilton, J., dissenting). In this case, however, plaintiffs have offered no comparable evidence that conflicts with or shows a modification of United’s reservation of the right to modify MileagePlus benefits at any time and for any reason. The reservation of rights therefore controls.